UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-424-H

JULIENE JO PIKE                                                                                          PLAINTIFF

v.

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

### MEMORANDUM OPINION AND ORDER

The Magistrate Judge has issued Findings of Fact, Conclusions of Law and a Recommendation that the decision of the Commissioner denying her application for supplemental security income and disability insurance benefits be affirmed. Plaintiff has not filed an objection to the Magistrate Judge's report. The Court has review the report and agrees with it.   Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the decision of the Commissioner of Social Security is AFFIRMED and Plaintiff's application for supplemental security income and disability insurance benefits is DENIED.

This is a final and appealable order.

cc:       Counsel of Record